# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:25-mj-00130-KFW |
| GREGORY KELLY | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_   Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_x\_   Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_   Maximum sentence life imprisonment or death

    \_\_\_\_   10+ year drug offense

    \_\_\_\_   Felony, with two prior convictions in above categories

    \_\_\_\_   Felony that involves a minor victim or possession/use of firearm, destructive device or other dangerous weapon

    \_\_\_\_   Felony that involves a failure to register under 18 U.S.C. § 2250

    \_\_\_\_   Serious risk defendant will flee

    \_\_\_\_   Serious risk of obstruction of justice

2. <u>Reasons for Detention</u>.

    (i)   <u>Temporary Detention</u>.

      (ii)   <u>Other Than Temporary Detention</u>.   The Court should detain the defendant because no conditions of release will reasonably assure (check one or both):

    __x__   Defendant's appearance as required

    __x__   Safety of any other person and the community

3.   <u>Rebuttable Presumption</u>.   N/A.

4.   <u>Date of Detention Hearing</u>.   The United States requests the Court to conduct the detention hearing:

   ____   At first appearance

   __x__   After continuance of 3 days (not more than 3).

5.   <u>Length of Detention Hearing</u>.   The United States estimates that it will require 1 hour to present its case for detention.

6.   <u>Other Matters</u>.   _____

Dated in Portland, Maine this 22nd day of April, 2025.

                                                 /s/ Craig M. Wolff
                                               Craig M. Wolff
                                               Acting United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, I electronically filed this **Motion for Detention** with the Clerk of Court using the CM/ECF system.

    /s/ Craig M. Wolff
Acting United States Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov